IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CR-00005-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JENNIFER NEAL HOYLE | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the second motion of the defendant pro se to amend the Judgment. (Doc. No. 24).

The Court previously corrected a typographical mistake in the Judgment to include a post-release payment schedule of $50 per month announced at the sentencing hearing. (Doc. No. 23 at 6). In the instant motion, the defendant complains that she must pay $256 per month while incarcerated or lose certain privileges in the prison. (Doc. No. 24 at 2).

Apparently, the defendant is enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by her involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in her trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 23: Amended Judgment at 2, 6). Any balance outstanding at the time she begins her supervision is to be paid in installments of $50 per month to commence 60 days after her release from imprisonment. (Id. at 6). The defendant has the choice of whether to remain in the program, or to challenge its execution through administrative remedies.

1

**IT IS, THEREFORE, ORDERED**, that the defendant's request to amend the judgment again, (Doc. No. 24), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: December 16, 2014

Robert J. Conrad, Jr.
United States District Judge